RECEIVED
IN MONROE, LA
MAY 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **HARVEY WATTS** | **CIVIL ACTION NO. 07-0357** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHWOOD CORRECTIONAL CENTER MEDICAL AND SECURITY DEPARTMENTS** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 8], together with the written objection thereto filed with this Court [Doc. No. 9], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint [Doc. No. 4] is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 18 day of May, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE